UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANDREW D. WETZEL                                    CIVIL ACTION

VERSUS                                              NO. 11-2170

ROBERT C. TANNER, ET AL.                            SECTION "N" (4)

## ORDER AND REASONS

Presently before the Court are three motions (Rec. Docs. 32, 33, and 37) filed subsequent to the Court's entry of a final judgment in this matter (see Rec. Docs. 29 and 30) dismissing with prejudice Andrew Wetzel's petition under 28 U.S.C. §2254 for a writ of habeas corpus. Having considered Wetzel's submissions, the record in this matter, and applicable law, **IT IS ORDERED**, as stated herein, that the motions are **DENIED**.

In the motion bearing record document number 32, Wetzel asks that the proceeding be "reopen/set" because he "has since exhausted all state court remedies." In the motion bearing record document number 37, Wetzel asks that the Court's judgment be amended to reflect a dismissal without prejudice based on his willingness to withdraw his unexhausted claims. Both motions are denied. As reflected in footnote 7 of the Magistrate Judge's Report and Recommendation (Rec. Doc. 27) adopted by the Court (Rec. Doc. 29), Wetzel's prior request to withdraw his unexhausted claims (Rec. Doc. 22) was denied as moot in light of the Court's decision

1

to address the merits of all of Wetzel's claims.

In the motion bearing record document number 33, Wetzel seeks leave to amend his petition. Considering that judgment already was rendered in this matter, dismissing Wetzel's petition with prejudice and, furthermore, that the Fifth Circuit Court of Appeals has denied Wetzel's motion seeking leave to file a successive §2254 petition,[1] this request is denied.

New Orleans, Louisiana, this 30th day of September 2013.

                                                   **KURT D. ENGELHARDT**
                                                   **United States District Judge**

---

[1] See July 12, 2013 Order of Dismissal (denying motion for authorization to file successive petition), *In re Andrew Wetzel*, Case No. 13-30361 (5th Cir.).