UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW DAVID WETZEL | CIVIL ACTION |
| VERSUS | NO.  11-2170 |
| ROBERT C. TANNER, WARDEN | SECTION "N"(3) |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

\_\_X\_\_   a certificate of appealability regarding Petitioner's October 7, 2013 notice of appeal (Rec. Doc. 39) shall not be issued for the following reason(s):

Petitioner has not made a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this 9th day of April  2014.

UNITED STATES DISTRICT JUDGE